# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Richard Cole Hosie, a/k/a "Spanky," | ) | Case No. 1:17-cr-009 |
| Defendant. | ) | |

On February 21, 2017, defendant filed notice of substitution of counsel. Therein he advises that he has retained attorney Lloyd Suhr. Accordingly, attorney Lloyd Suhr shall be substituted as counsel of record for defendant. Defendant's court-appointed counsel, Bobbi L. Brown Weiler, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court