IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>RICHARD COLE HOSIE, )<br>)<br>Defendant. ) | Case No. 1:17-cr-00009<br><br>DEFENDANT'S SENTENCING<br>MEMORANDUM |

On May 18, 2017 the Defendant, Richard Cole Hosie, entered a guilty plea to count 1.  The offense is Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone. This is a class C felony in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841 (b)(1)(C).

A Presentence Investigation Report (PSIR) has been filed. The PSIR calculated a total offense level of 19 and a criminal history category of 1, with a resulting sentencing range of 30-37 months.   Mr. Hosie agrees with the offense level and criminal history category, with grounds for downward departure to be separately articulated.

Dated this 19th day of January, 2018.

*Lloyd C. Suhr*
Lloyd C. Suhr (ID # 05405)
Attorney for Defendant
120 N. 3rd St., Suite 175
P.O. Box 2393
Bismarck, ND 58502
(701) 223-3874
lawfirm@suhrandlofgren.com

1